**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 15-01-GF-BMM-JTJ |
| Plaintiff, | **FINDINGS AND** |
| vs. | **RECOMMENDATIONS** |
| BRANDON RAY BUCKLES, | |
| Defendant. | |

## I.  Synopsis

Defendant Brandon Ray Buckles (Buckles) has been accused of violating the conditions of his supervised release.  Buckles admitted all of the alleged violations.  Buckles's supervised release should be revoked.  Buckles should be placed in custody for 4 months, with 56 months of supervised release to follow.  Buckles should serve his term of custody in a facility in Roosevelt County, Montana, if possible.  While on supervised release, Buckles should be required to participate in a drug treatment program as directed by his probation officer.

## II.  Status

Buckles was convicted of Sexual Abuse, and making a False Statement to a Federal Officer on June 2, 2015, following a jury trial.  (Doc. 81).  The Court

sentenced Buckles to 113 months of custody, followed by 5 years of supervised release. (Doc. 152). Buckles's current term of supervised release began on March 3, 2023. (Doc. 156).

**Petition**

The United States Probation Office filed a Petition on August 8, 2023, requesting that the Court revoke Buckles's supervised release. (Doc. 156). The Petition alleged that Buckles had violated the conditions of his supervised release: 1) by using methamphetamine and consuming alcohol; and 2) by failing to successfully complete his sex offender treatment program.

**Initial appearance**

Buckles appeared before the undersigned for his initial appearance on November 7, 2023. Buckles was represented by counsel. Buckles stated that he had read the petition and that he understood the allegations. Buckles waived his right to a preliminary hearing. The parties consented to proceed with the revocation hearing before the undersigned.

**Revocation hearing**

The Court conducted a revocation hearing on November 7, 2023. Buckles admitted that he had violated the conditions of his supervised release: 1) by using methamphetamine and consuming alcohol; and 2) by failing to successfully

2

complete his sex offender treatment program. The violations are serious and warrant revocation of Buckles's supervised release.

Buckles's violations are Grade C violations. Buckles's criminal history category is I. Buckles's underlying offenses are Class A and Class B felonies. Buckles could be incarcerated for up to 60 months. Buckles could be ordered to remain on supervised release for up to 60 months, less any custody time imposed. The United States Sentencing Guidelines call for a term of custody of 3 to 9 months.

### III.  Analysis

Buckles's supervised release should be revoked. Buckles should be incarcerated for 4 months, with 56 months of supervised release to follow. This sentence is sufficient but not greater than necessary. Buckles should serve his term of custody in a facility in Roosevelt County, Montana, if possible. While on supervised release, Buckles should be required to participate in a drug treatment program as directed by his probation officer.

### IV.  Conclusion

The Court informed Buckles that the above sentence would be recommended to Chief United States District Judge Brian Morris. The Court also informed Buckles of his right to object to these Findings and Recommendations

within 14 days of their issuance.  The Court explained to Buckles that Judge

Morris would consider a timely objection before making a final determination on

whether to revoke his supervised release and what, if any, sanction to impose.

The Court **FINDS:**

> That Brandon Ray Buckles violated the conditions of his supervised release:
> by using methamphetamine and consuming alcohol; and by failing to
> successfully complete his sex offender treatment program.

The Court **RECOMMENDS:**

> That the District Court revoke Buckles's supervised release
> and commit Buckles to the custody of the United States Bureau of
> Prisons for 4 months, with 56 months of supervised release to follow.
> Buckles should serve his term of custody in a facility in Roosevelt
> County, Montana, if possible.  While on supervised release, Buckles
> should be required to participate in a drug treatment program as
> directed by his probation officer.

### NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

The parties may serve and file written objections to the Findings and

Recommendations within 14 days of their entry, as indicated on the Notice of

Electronic Filing.  28 U.S.C. § 636(b)(1).  A United States district court judge will

make a de novo determination regarding any portion of the Findings and

Recommendations to which objection is made.  The district court judge may accept,

reject, or modify, in whole or in part, the Findings and Recommendations.  Failure

4

to timely file written objections may bar a de novo determination by the district court judge, and may waive the right to appear and allocute before a district court judge.

DATED this 8th day of November, 2023.


John Johnston
United States Magistrate Judge