IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br><br>BRANDON RAY BUCKLES<br><br>Defendant. | CR-15-01-GF-BMM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on November 8, 2023. (Doc. 163.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on November 7, 2023. (Doc. 159.) The United States accused Brandon Buckles (Buckles) of violating his

conditions of supervised release 1) by using methamphetamine and consuming alcohol; and 2) by failing to successfully complete his sex offender treatment program. (Doc. 156.)

At the revocation hearing, Buckles admitted to having violated the conditions of his supervised release 1) by using methamphetamine and consuming alcohol; and 2) by failing to successfully complete his sex offender treatment program. (Doc. 159.)  Judge Johnston found that the violations Buckles admitted prove serious and warrants revocation of his supervised release and  recommends a sentence of 4 months with 56 months of supervised release to follow. While on supervision, Buckles will participate in a drug treatment program as directed by his probation officer. Judge Johnston recommend that Buckles serve his term of custody in a facility in Roosevelt County, Montana. (Doc. 163.)  Buckles was advised of his right to appeal and allocute before the undersigned. (Doc. 159.) The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 163) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Defendant Brandon Ray Buckles be sentenced to the Bureau of Prison for a period of 4 with 56 months of supervised release to follow. During supervision, Buckles will participate in a drug treatment program as directed by his

probation officer. Buckles will serve his term of custody at the Roosevelt County Detention Center.

DATED this 28th day of November, 2023.

_____
Brian Morris, Chief District Judge
United States District Court