**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br><br>BRANDON RAY BUCKLES,<br><br>Defendant. | CR-15-01-GF-BMM<br><br><br>**ORDER ADOPTING FINDINGS AND
RECOMMENDATIONS** |

United States Magistrate Judge John Johnston entered Findings and

Recommendations in this matter on February 25, 2026. (Doc. 215.)

When a party makes no objections, the Court need not review *de novo* the

proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-

52 (1986). This Court will review Judge Johnston's Findings and

Recommendations, however, for clear error. *McDonnell Douglas Corp. v.*

*Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a final revocation hearing on February 24, 2026

(Doc. 211.) The United States accused Brandon Ray Buckles (Buckles) of violating

the conditions of his supervised by: (1) testing positive for methamphetamine on December 27, 2025; (2) failing to report for substance abuse testing on December 30, 2025; (3) failing to report for sex offender treatment on January 8, 2026; (4) using methamphetamine on January 16, 2026; (5) consuming alcohol on January 16, 2026; (6) using methamphetamine on February 3, 2026; and (7) consuming alcohol on February 3, 2026. (Docs. 199 and 207.)

At the revocation hearings, Buckles admitted that he had violated the conditions of supervised release as set forth in allegations 1-7 of the Petition. Judge Johnston recommended a sentence of custody of 6 months with no supervised release to follow. (Doc. 215.) The Court advised Buckles of his right to appeal and to allocute before the undersigned. He waived those rights. (Doc. 211.)

The violations Buckles admitted prove serious and warrant revocation of his supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 215) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Brandon Ray Buckles be sentenced for a term of custody of 6 months with no supervised release to follow.

DATED this 2nd day of March 2026.


Brian Morris, Chief District Judge
United States District Courts